**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RAMON JUSINO,

    Plaintiff,

vs.                                                  CASE NO. 6:06-CV-1713-ORL-19DAB

QUALITY FLORIDA GROUP CORP.,
NORMAN A. QUINTERO, SR.,

    Defendants.

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 46, filed June 16, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 46) is **ADOPTED and AFFIRMED.** The Notice of Settlement and Request for Entry of Consent Judgment (Doc. No. 43, filed May 20, 2008) is **GRANTED,** and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this \_\_\_8th\_\_\_ day of July, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record